**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ARMIN RAFINIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF STATE et al.,<br><br>　　　　　Defendants. | Case No. 2:22-cv-03516-SPG-MAA<br><br>**ORDER APPROVING STIPULATION OF DISMISSAL** |

　　　The Court, having read and considered the parties' Stipulation of Dismissal, IT IS HEREBY ORDERED that the above-captioned action, to include each claim and count asserted by Plaintiff against Federal Defendants, shall be dismissed in its entirety with prejudice. Each party shall bear its own attorney's fees, costs, and expenses.

　　　IT IS SO ORDERED.

Dated: August 5, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON SHERILYN PEACE GARNETT
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE